People v Stanton (2026 NY Slip Op 01537)

People v Stanton

2026 NY Slip Op 01537

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
DEBORAH A. DOWLING
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2022-08867
 (Ind. No. 71061/21)

[*1]The People of the State of New York, respondent,
vKuwan Stanton, appellant.

Patricia Pazner, New York, NY (Anders Nelson of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jean M. Joyce, and Ann Bordley of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heidi C. Cesare, J.), rendered October 14, 2022, convicting him of criminal possession of a firearm, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
Since the defendant abandoned his contentions before the Supreme Court that the offenses underlying the indictment are unconstitutional in light of the decision of the United States Supreme Court in New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1), these contentions are unpreserved for appellate review (see People v Stewart, 235 AD3d 910, 910). In any event, the defendant's contentions are without merit (see People v Johnson, ___ NY3d ___, ___, 2025 NY Slip Op 06528, *2-3).
IANNACCI, J.P., DOWLING, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court